UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI GARCIA STRANGE,<br><br>          Plaintiff,<br><br>     v.<br><br>U.S. ARMY, et al.,<br><br>          Defendants. | No.  2:20–cv–2408–JAM–KJN PS<br><br>ORDER |

On January 21, 2021, the magistrate judge filed findings and recommendations (ECF No. 4), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  No objections were filed.  Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations (ECF No. 4) are ADOPTED IN FULL;

   2. Plaintiff's application to proceed in forma pauperis is DENIED;

3. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE; and

4. The Clerk of the Court is directed to CLOSE this case.

DATED: March 19, 2021          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE